UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CRISTINA FIERRO

                        Plaintiff,                1:11-cv-08573-BSJ

    - against –

                                        **NOTICE OF MOTION**

LAWRENCE TAYLOR

                        Defendant.
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed affirmation of Arthur L. Aidala affirmed on January 13, 2012 and upon the exhibits attached hereto, the accompanying Memorandum of Law in support of this Motion, defendant will move this Court, before Honorable Barbara S. Jones, U.S.D.J., in room 17C, United States Courthouse, Southern District of New York, New York, New York, 10007 on the 30 day of January, 2012 or as soon thereafter as counsel can be heard, for an order pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure granting a Dismissal of all the Causes of Action listed in the Complaint due to lack of Subject Matter Jurisdiction and for a Failure to State a Claim Upon Which Relief can be Granted.

      **I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  New York, New York
           January 13, 2012

                                                            Arthur L. Aidala
                                                             Attorney for Defendant
                                                              546 5th Avenue
                                                              New York, NY 10036
                                                              (212) 750-9700
                                                              (212) 750-8297