UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CRISTINA FIERRO,

                Plaintiff,

-against-

LAWRENCE TAYLOR,

                Defendant.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/16/2012

11 CIVIL 8573 (BSJ)

**JUDGMENT**

The issues in the above-entitled action having been brought on for trial before the Honorable Barbara S. Jones, United States District Judge, and a jury on October 23, 2012, and at the conclusion of the trial on October 26, 2012, the jury having returned a verdict in favor of the defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
         November 16, 2012

SO ORDERED

_____
USDJ

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____